McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814          **OK/HAV**
Telephone:  (916) 554-2700


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-056-DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER RE TIME EXCLUDED |
| LUZ ELVIA BHULLAR, | ) | UNDER SPEEDY TRIAL ACT |
| | ) | AND ORDER SETTING STATUS |
| Defendant. | ) | HEARING |
| _____ | ) | |

On February 24, 2006, this matter came before the Magistrate
Court for arraignment.  At that time, the parties agreed to set
this matter before this District Court on March 9, 2006 for a
status hearing and the parties jointly agreed that time be
excluded under the Speedy Trial Act from February 24, 2006 up to
and including March 9, 2006 under 18 U.S.C. § 3161(h)(8)(B)(iv),
Local Code T4 (preparation by counsel) and under 18 U.S.C. §
3161(8)(B)(ii), Local Code T2 (case unusual or complex).

From onset of this case, the parties have conferred re
scheduling, overview of the case, and regarding the mass of
physical, audio, grand jury, and documentary evidence.  A volume
of discovery is being prepared for defense counsel by the United
States.  On March 3, 2006, for several hours, the United States
met with defendant Bhullar and her counsel for purposes of
listening to recorded statements of defendant Bhullar.  The United

**1**

States is aware that there are a significant number of recordings in this case in addition to the physical / documentary evidence. Counsel for defendant Bhullar has indicated that he will need time until April 20, 2006 to review such discovery and to listen to the recordings.  The recordings are in Spanish.  Defendant Bhullar understands and agrees that this case may be continued for preparation of counsel and complexity.

Accordingly, the parties jointly request that the hearing on March 9, 2006 be continued to April 20, 2006 and further jointly request that time continue to be excluded under the Speedy Trial Act.  The parties agree to find excludable time from March 9, 2006 up to and including April 20, 2006.  The parties request exclusion of time under 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (preparation by counsel) and under 18 U.S.C. § 3161(8)(B)(ii), Local Code T2 (case unusual or complex).

Dated:  _3/8/2006_          McGREGOR W. SCOTT
                            United States Attorney

_____  By:  _/s/Michelle Rodriquez_
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney


Dated:  _3/8/2006_          _/s/Michelle Rodriquez w/permission of_
                            Clarence Emmett Mahle, Esq
                            Attorney for BHULLAR


-------------------------------------------

ACCORDINGLY, IN THE INTEREST OF JUSTICE AND FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED AS FOLLOWS:

1.   The status hearing in this matter, set before this Court on March 9, 2006, is continued to April 20, 2006 at 10:00 a.m. for status hearing; and

2.   The parties' joint stipulation for the Court to allow time to be excluded under the speedy trial act is granted for preparation of counsel and complexity as follows: from March 9, 2006 up to and including April 20, 2006 under 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (preparation by counsel) and under 18 U.S.C. § 3161(8)(B)(ii), Local Code T2 (case unusual or complex). 18 U.S.C. §§ 3161 (h)(8)(B)(ii) and (iv).

DATED: 3/7/2006

_____
DAVID F. LEVI
United States District Judge