McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700          **OK/HAV**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-056-DFL |
| Plaintiff,  ) | |
| v.  ) | |
| ) | ORDER RE TIME EXCLUDED |
| LUZ ELVIA BHULLAR,  ) | UNDER SPEEDY TRIAL ACT |
| ) | AND ORDER SETTING STATUS |
| Defendant.  ) | HEARING |

Following the parties' March 7, 2006 joint motion and stipulation, this Court entered an Order, on March 8, 2006, continuing the status hearing and excluding time from March 9, 2006 to April 20, 2006 for defense preparation and for complexity (under 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (preparation by counsel) and under 18 U.S.C. § 3161(8)(B)(ii), Local Code T2 (case unusual or complex).

The parties have been meeting re evidence in this case. There is physical, audio, grand jury, and documentary evidence. A portion of discovery already has been provided to defense counsel.

On March 3, 2006, the United States met with defendant Bhullar and her counsel for purposes of listening to portions of recorded statements of Bhullar.  The entire tape recorded conversations have been made available to defense counsel for review at the FBI.  The recordings are in Spanish. There are a

**1**

1 significant number of recordings.

2    On April 7, 2006, the United States and defense counsel again met re this case and evidence.  Defendant Bhullar again was present. Thereafter, counsel for Bhullar indicated that he will need time until May 25, 2006 for preparation, including to review discovery, to obtain and to review additional discovery, for investigation, and to arrange to listen to recordings.  Defense counsel also indicated he will be unavailable for a period in late April 2006 through early May 2006. Defense counsel requested the undersigned submit this motion and proposed order.  Defense counsel indicated that defendant Bhullar understands and agrees that this case may be continued for preparation of her defense counsel and complexity.

   Accordingly, the United States has no objection to defense counsel's request that the hearing on April 20, 2006 be continued to May 25, 2006.  Further, the undersigned joins in defense counsel's request that time continue to be excluded under the Speedy Trial Act.  The parties agree to find excludable time from April 20, 2006 up to and including May 25, 2006.  The parties request time continue to be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (preparation by counsel) and under 18 U.S.C. § 3161(8)(B)(ii), Local Code T2 (case unusual or complex).

Dated:  4/14/2006         McGREGOR W. SCOTT
                          United States Attorney
                          By:  /s/Michelle Rodriguez
                               MICHELLE RODRIGUEZ
                               Assistant U.S. Attorney

Dated:  4/14/2006         /s/Michelle Rodriguez w/permission of
                          Clarence Emmett Mahle, Esq
                          Attorney for BHULLAR

**2**

1  ----------------------------------------------

2  ACCORDINGLY, IN THE INTEREST OF JUSTICE AND FOR THE REASONS
3  SET FORTH ABOVE, IT IS HEREBY ORDERED AS FOLLOWS:
4      1.   The status hearing in this matter, set before this Court
5  on April 20, 2006, is continued to May 25, 2006 at 10:00 a.m. for
6  status hearing; and
7      2.   The parties' joint stipulation for the Court to allow
8  time to be excluded under the speedy trial act is granted for
9  preparation of counsel and complexity as follows: from April 20,
10 2006 up to and including May 25, 2006 under 18 U.S.C. §
11 3161(h)(8)(B)(iv), Local Code T4 (preparation by counsel) and
12 under 18 U.S.C. § 3161(8)(B)(ii), Local Code T2 (case unusual or
13 complex). 18 U.S.C. §§ 3161 (h)(8)(B)(ii) and (iv).

15 DATED: 4/17/2006

_____
**DAVID F. LEVI**
**United States District Judge**

**3**