C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
(916) 442-1924(Fax)
Mahlelaw@sbcglobal.net

Attorney for Defendant
LUZ EVLIA BHULLAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR.S-06-56 DFL |
| Plaintiff, | REQUEST FOR ORDER TO BE RELIEVED AS COUNSEL AND ORDER |
| LUZ ELVIA BHULLAR,          V | |
| Defendant. | |

REQUEST FOR ORDER
.

   The above defendant, LUZ ELVIA BHULLAR, was sentenced in your court on September 28, 2006.  The judgment and Sentence was final on October 16, 2006. Ms. Bhullar now wants to file a Notice of Appeal regarding sentencing in her case. I am requesting that you relieve me as counsel so that appropriate appellate counsel can be appointed by the Ninth Circuit Court of Appeals. My practice is a criminal trial practice, and I generally do not handle appeals in such matters.

DATED: October 27, 2006                    Respectfully submitted,


                                    /s/ C. Emmett Mahle
                                    _____
                                    C. EMMETT MAHLE, Attorney for Defendant
                                     LUZ ELVIA BHULLAR

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Attorney C. Emmett Mahle is hereby relieved as counsel for LUZ ELVIA BHULLAR, in case CR.S-06-56-DFL.

Dated:  10/30/2006

/s/ David F. Levi
David F. Levi
Chief United States District Judge