1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

    Attorney for Defendant
6   LUZ BHULLAR

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,      )  No. 2:06-CR-0056 JAM
                                    )
14                  Plaintiff,      )
                                    )  **STIPULATION AND ORDER**
15          v.                      )  **ADVANCING HEARING**
                                    )
16   LUZ BHULLAR,                   )
                                    )  Date:   January 20, 2009
17                  Defendant.      )  Time:   9:30 a.m.
                                    )  Judge:  Hon. John A. Mendez
18   _____ )

19

20       IT IS HEREBY STIPULATED AND AGREED between defendant, Luz Bhullar,

21   and plaintiff, United States of America, by and through their attorneys,

22   and with concurrence of Ms. Bhullar's supervising probation officer, that

23   the supervised release violation hearing scheduled for 1:30 p.m. on

24   January 20, 2009, may be advanced to 9:30 a.m. that day, at which time

25   Ms. Bhullar will enter admissions to the technical violations (charges 2,

26   3, 4, 5, and 7) of the second superseding petition.

27       The parties do not request an evidentiary hearing on the remaining

28   charges (1 and 6) at this time.  The parties have agreed to leave the

alleged new law violations unresolved at this time so that they may be adjudicated in the state courts where they are pending.  The parties have agreed to request that the disposition hearing be scheduled in two to three months in order to give Ms. Bhullar adequate time to resolve the charges, which the probation officer will consider in formulating his recommendation.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  January 14, 2009_____ /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for LUZ BHULLAR

McGREGOR W. SCOTT
United States Attorney

Dated:  January 14, 2009      /s/  T. Zindel for M. Rodriguez_
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**O R D E R**

The hearing is advanced to 9:30 a.m. as set forth above.

IT IS SO ORDERED.

Dated: January 14, 2009

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Judge